IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 3:22-CR-13-11 |
| | ) | |
| JACQUELYN AMELIA BREWER, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Defense counsel has filed a Motion for a Leave of Absence pursuant to Local Rule 83.9 for the following dates: from February 16, 2023 through February 22, 2023; from March 9, 2023 through March 10, 2023; from May 25, 2023 through May 31, 2023; from June 29, 2023 through July 5, 2023; from September 1, 2023 through September 8, 2023; from November 22, 2023 through November 27, 2023; and from December 26, 2023 through January 2, 2024. After careful consideration, the motion is GRANTED.

SO ORDERED, this 3rd day of Feb., 2023.

_____
HON. DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA