IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
UNITED STATES OF AMERICA      *
                              *
           v.                 *    CR 322-013-11
                              *
JACQUELYN AMELIA BREWER       *
```

O R D E R

On February 3, 2023, the Court granted a motion for leave of absence filed by court-appointed counsel, Mr. Paul Mooney. The leave included seven different spans of time averaging over four and half business days per period. Now, Mr. Mooney has filed what amounts to an amended motion for leave of absence, in which he requests three additional spans of time totaling another twelve business days between now and the end of August.

Leave of absence requests are not perfunctorily granted. The Court must balance not only its own schedule but that of government counsel and defense counsel in each case.[1] The Court must also be cognizant of the Speedy Trial Act. This case involves thirteen

---

[1] Fortunately for the United States Attorney's Office, grants of leave of absence may be more freely given because they have more than one attorney who can handle any conflicts. Indeed, the Court has directed that a substitute Assistant United States Attorney step in if a matter is scheduled during another's leave of absence. (See Doc. No. 185.)

different defendants, all with different counsel. If the Court granted equal amount of leave to every attorney in the case as it has already generously granted Mr. Mooney, the prospect of scheduling the case for trial would be daunting. In short, allowing another three windows of exemption for one defendant in a multi-defendant case would cast an unacceptable burden of administrative intricacy upon the Clerk of Court. To put it even more bluntly, things are bad enough already as the Court, its staff, and a cohort of lawyers plow through the resolution of this case.

Under these circumstances, the Motion for Leave of Absence as presented (doc. no. 191) is **DENIED**. The Court's grant of Mr. Mooney's leaves of absence as announced in its Order of February 3, 2023 (doc. no. 148) shall stand.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE

2